# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA ex-rel
MARIANNE D. GUZALL and, MARIANNE D.
GUZALL, individually,

    Plaintiffs,

v.                                            Case No. 13-11327

CITY OF ROMULUS, et al.,

    Defendants.
                                         /

## ORDER SETTING BRIEFING SCHEDULE

On May 20, 2014, the court held an off-the-record status conference. Defendants informed the court that they intend to file a motion to disqualify Plaintiffs' counsel. Because the court agrees that resolution of this motion is a necessary threshold issue for the case,

IT IS ORDERED that Defendants are DIRECTED to file their motion to disqualify Plaintiffs' counsel **by June 3, 2014**. The court anticipates that Defendants will work together to file a single motion with consolidated arguments, rather than each filing individual motions raising the same or similar arguments. Plaintiffs will respond by **June 17, 2014**, and Defendants will file a reply, if necessary, **by June 24, 2014.**

IT IS FURTHER ORDERED that discovery is HELD IN ABEYANCE pending resolution of Defendants' motion.

                                                         s/Robert H. Cleland
                                                         ROBERT H. CLELAND
                                                         UNITED STATES DISTRICT JUDGE

Dated: May 21, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 21, 2014, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522