UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
*ex rel* MARIANNE GUZALL, and
MARIANNE GUZALL, individually,

        Plaintiff,        Civil Action No. 13-11327
                                     Honorable Linda V. Parker
                                     Magistrate Judge David R. Grand

v.

CITY OF ROMULUS, ALAN LAMBERT
and BETSY KRAMPITZ,

        Defendants.
_____/

## ORDER ON MOTIONS – DOCKET NOS. 81 AND 82

Before the Court are two motions: (1) Defendants' Joint Motion to Adjourn Scheduling Order Dates (Doc. #81); and (2) Plaintiff's Emergency Motion to Compel, to Extend the Discovery Cutoff for Plaintiff Only, and for Sanctions (Doc. #82). An Order of Reference was entered on November 4, 2015, referring these motions to the undersigned for a hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). (Doc. #83). A hearing was held on these motions on November 23, 2015.

For the reasons set forth on the record:

(1) The Court **GRANTS IN PART** and **DENIES IN PART** Defendants' Joint Motion to Adjourn Scheduling Order Dates (**Doc. #81**). Specifically, the Court **GRANTS** Defendants' motion to the extent it seeks an extension of all remaining dates in this case; however, the Court believes that a **sixty (60) day extension** (as opposed to the ninety (90) day extension requested by Defendants) is appropriate. An amended scheduling order will be issued by the Court reflecting these new dates. In all other respects, this motion is **DENIED**.

(2) The Court **DENIES** Plaintiff's Emergency Motion to Compel, to Extend the Discovery Cutoff for Plaintiff Only, and for Sanctions (**Doc. #82**).

**SO ORDERED.**

Dated: November 24, 2015　　　　　　　　s/David R. Grand
Ann Arbor, Michigan　　　　　　　　　　DAVID R. GRAND
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

### NOTICE TO PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 24, 2015.

　　　　　　　　　　　　　　　　　　　s/Eddrey O. Butts
　　　　　　　　　　　　　　　　　　　EDDREY O. BUTTS
　　　　　　　　　　　　　　　　　　　Case Manager